■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BALDO AMATO and CESARE BONVENTRE, Appellants. — Two judgments (one as to each defendant) of the County Court, Nassau County, both rendered June 11, 1980, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Rabin, Margett and Weinstein, JJ., concur.